IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

*Norfolk Division*

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CRIMINAL NO. 2:23-cr-19 |
| v. | ) |
| | ) 18 U.S.C. § 922(g)(1), 924(a)(2) (2006) |
| ROBERT EDGAR ENGLISH, | ) Felon in Possession of Firearm |
| | ) (Count 1) |
| Defendant. | ) |
| | ) 18 U.S.C. § 875(c) |
| | ) Interstate Threatening Communication |
| | ) (Count 2) |
| | ) |
| | ) 18 U.S.C § 924(d) & 981(a)(1)(C), |
| | ) 28 U.S.C § 2461 |
| | ) Criminal Forfeiture |

CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

COUNT ONE

(Felon in Possession of Firearm)

On or about June 16, 2019, in Portsmouth, Virginia, within the Eastern District of Virginia, the defendant, ROBERT EDGAR ENGLISH, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowing possess a firearm, to wit, a Palmetto State Armory, Model PA-15, multi-caliber semi-automatic pistol, which had previously been shipped and transported in interstate and foreign commerce.

(In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2) (2006).)

## COUNT TWO

(Interstate Threatening Communication)

On or about September 8, 2021, in Portsmouth, Virginia, within the Eastern District of Virginia, the defendant, ROBERT EDGAR ENGLISH, did knowingly transmit in interstate and foreign commerce a communication containing a threat to injure the person of another; to wit, the defendant sent a Facebook message to a person, N.M., and stated: "U will regret this day. The day I turn my back on my flesh and blood to save myself[.] Every corner u turn. U better be looking for the reaper."

(In violation of Title 18, United States Code, Section 875(c))

## FORFEITURE

1.      The defendant, if convicted of any the violations alleged in this Information, as part of the sentencing, pursuant to F.R.Cr.P. 32.2, shall forfeit to the United States, any firearm or ammunition involved in or used in the violation.

2.      The defendant, if convicted of any the violation alleged in Count Two of this Information, shall forfeit to the United States, as part of the sentencing pursuant to F.R.Cr.P. 32.2, any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

3.      If any property that is subject to forfeiture above is not available, it is the intention of the United States to seek an order forfeiting substitute assets pursuant to Title 21, United States Code, Section 853(p) and Federal Rule of Criminal Procedure 32.2(e).

(All in accordance with Title 18, United States Code, Sections 924(d) and 981(a)(1)(C), and Title 28, United States Code, Section 2461).)

United States v. ROBERT EDGAR ENGLISH.; 2:23-cr-19

                              Respectfully submitted,

                              Jessica D. Aber
                              United States Attorney

Date:   November 13, 2023       By: _____
                              Anthony Mozzi
                              Assistant United States Attorney
                              United States Attorney's Office
                              101 West Main Street, Suite 6000
                              Norfolk, VA 23510
                              Office Number: 757-441-6331
                              Email Addresses:   anthony.mozzi@usdoj.gov