FILED: May 21, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-4284
(2:23-cr-00019-JAG-LRL-1)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

ROBERT EDGAR ENGLISH, a/k/a H. B., a/k/a Hot Boy, a/k/a Head Buster

      Defendant - Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Norfolk |
| Originating Case Number | 2:23-cr-00019-JAG-LRL-1 |
| Date notice of appeal filed in originating court: | 05/17/2024 |
| Appellant | Robert Edgar English |
| Appellate Case Number | 24-4284 |
| Case Manager | Taylor Barton<br>804-916-2702 |